

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00328-CR

Alexander Scott **HALEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A20161
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's brief is currently due on September 14, 2022. On August 29, 2022, appellant filed a motion requesting a 90-day extension of time to file the brief. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by December 13, 2022**. **No further extensions of time will be granted absent extenuating circumstances**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court